UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANIJINIQUE CAIL, | No. 2:13-cv-1898-EFB P |
| Petitioner, | |
| v. | ORDER |
| JULIE A. NICKLIN, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding without counsel, has filed a letter contending that the Bureau of Prisons has refused to give her time off her sentence despite her successful completion of a residential drug treatment program. Thus, it appears that she wishes to challenge the execution of her sentence through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]

In order to properly commence an action, however, petitioner must file an application for a writ of habeas corpus as required by 28 U.S.C. § 2242, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. *See* 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file an application for a writ of habeas corpus in accordance with the requirements set forth in 28 U.S.C. § 2241, and the application must include the docket number assigned to this case.
2. Petitioner shall also submit, within thirty days from the date of this order, an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.
3. Petitioner's failure to comply with this order will result in a dismissal of this action.
4. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 by a person in federal custody, and the application to proceed in forma pauperis by a prisoner.

Dated: October 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE