UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANIJINIQUE CAIL,<br><br>    Petitioner,<br><br>    v.<br><br>JULIE A. NICKLIN,<br><br>    Respondent. | No. 2:13-cv-1898-EFB P<br><br><br>ORDER |

Petitioner is a federal prisoner proceeding without counsel. This action was opened as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] On October 15, 2013, the court informed petitioner that to properly commence an action, she must file a proper application for a writ of habeas corpus as required by 28 U.S.C. § 2242, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. *See* 28 U.S.C. §§ 1914(a), 1915(a). The court granted petitioner thirty days within which to file the required documents. The court also warned petitioner that failure to so comply would result in a dismissal of this action.

/////

/////

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1

1   The time for acting has passed, and petitioner has not complied with or otherwise
2   responded to the court's order.
3   Accordingly, this action is dismissed without prejudice.
4   Dated: November 25, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE